# COVINGTON & BURLING LLP

BEIJING   BRUSSELS   LONDON   NEW YORK
SAN DIEGO   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018-1405
T 212.841.1000
www.cov.com

August 12, 2014

BY ECF

Hon. Lisa Margaret Smith
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

    Re:    <u>Sanabria v. Williams, et. al., Case: 09-CV-08925</u>

Dear Judge Smith:

We represent Petitioner Christina Sanabria in connection with the above-referenced *Petition for Writ of Habeas Corpus* ("the *Petition*"). We write to inform Your Honor that, in accordance with your July 10, 2014 Order granting Ms. Sanabria a stay and abeyance of the *Petition* (ECF No. 46), yesterday we filed a motion to vacate her judgment pursuant to NY CPL § 440.10 in the Dutchess County Court. We also served the Dutchess County District Attorney by overnight Federal Express, with a courtesy copy left at the District Attorney's office yesterday afternoon.

        Respectfully submitted,

        /s  Lynn A. Neils

        Covington & Burling LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY  10018-1405
        (212) 841-1011
        Lneils@cov.com

CC: Bridget Rahilly Steller, Esq.

NY: 876014-1