**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

Gregory Nieberg

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1170
gnieberg@cov.com

By ECF                                                                                      November 30, 2016

The Honorable Lisa Margaret Smith
United States Magistrate Judge
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

   Re:  Sanabria v. Williams, 09-CV-08925-JPO-LMS

Dear Judge Smith:

  We represent Petitioner Christina Sanabria in connection with the above-referenced Petition for a Writ of Habeas Corpus, which is currently stayed and held in abeyance. *See* ECF No. 46. We write to update Your Honor on the status of Ms. Sanabria's state court proceedings.

  On July 22, 2016, the Honorable Leonard B. Austin of the Supreme Court of New York, Appellate Division, Second Department granted Ms. Sanabria's application for leave to appeal the denial of her NY CPL § 440 motion. On November 10, 2016, Ms. Sanabria perfected that appeal. The People's response is due on December 12, 2016. The same day that Ms. Sanabria perfected her 440 appeal, Ms. Sanabria filed a motion for Writ of Error Coram Nobis based on the ineffective assistance of Ms. Sanabria's appellate counsel. The People's response is due on December 16, 2016.

  We will provide an additional status update to Your Honor once the Second Department has ruled on Ms. Sanabria's appeal and coram nobis motion.

                Respectfully submitted,

                */s Gregory S. Nieberg*
                Gregory S. Nieberg

CC: Bridget Rahilly Steller, Esq. via ECF