UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHRISTINA SANABRIA,

                Petitioner,

-v-

ELIZABETH WILLIAMS,

                Respondent.

09-CV-8925 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case is currently stayed pending completion of proceedings brought by Petitioner in state court.  (*See* Dkt. No. 45.)  Counsel for Petitioner last submitted a status letter to the Court on November 11, 2016.  (*See* Dkt. No. 50.)  Counsel for Petitioner is directed to file another status letter by July 25, 2018.

    SO ORDERED.

Dated: July 10, 2018
       New York, New York

_____
J. PAUL OETKEN
United States District Judge